Douglas E. Spelfogel
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, NY  10111
Telephone:    (212) 589-4200
Facsimile:    (212) 589-4201

Attorneys for Creditor
Forest Hills Hyperbaric, LLC, d/b/a
The Center for Wound Healing

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>THE PARKWAY HOSPITAL, INC.,<br><br>Debtor. | Case No.  05-14876 (PCB)<br><br>Chapter  11 |

**NOTICE OF APPEAL OF ORDER (I) APPROVING FEE APPLICATIONS OF (A) DLA PIPER US LLP; (B) KLESTADT & WINTERS, LLP (C) BDO SEIDMAN, LLP; (D) ALSTON & BIRD, LLP; AND (E) J.H. COHEN [SIC] LLP AND (II) AUTHORIZING AND DIRECTING THE WILMINGTON TRUST COMPANY TO PAY Y [SIC] ALLOWED UNPAID FEES AND EXPENSES**

Forest Hills Hyperbaric, LLC d/b/a The Center for Wound Healing ("Forest Hills") by and through undersigned counsel, hereby appeals under 28 U.S.C. § 158(a) to the United States District Court for the Southern District of New York from the Order (I) Approving Fee Applications of (A) DLA Piper US LLP; (B) Klestadt & Winters, LLP (C) BDO Seidman, LLP; (D) Alston & Bird, LLP; and (E) J.H. Cohen [sic] LLP and (II) Authorizing and Directing the Wilmington Trust Company to Pay y [sic] Allowed Unpaid Fees and Expenses (the "Order") (Docket No. 669) entered on April 1, 2008, in the above-captioned Bankruptcy Proceeding.

The names of the parties to the Order appealed from, and the name, addresses and telephone numbers of their respective attorneys are:

102238190.1

| | |
|---|---|
| **APPELLANT:** | **Forest Hills Hyperbaric, LLC d/b/a The Center for Wound Healing** |
| | Represented by: |
| | Douglas E. Spelfogel<br>Richard J. Bernard<br>Baker & Hostetler LLP<br>45 Rockefeller Plaza<br>New York, New York 10111<br>Telephone: (212) 589-4200<br>Facsimile: (212) 589-4201<br>Email: dspelfogel@bakerlaw.com<br>         rbernard@bakerlaw.com |
| **APPELLEES:** | **DLA Piper US LLP** |
| | Represented by: |
| | DLA Piper US LLP<br>1251 Avenue of the Americas<br>New York, New York 10020-1104<br>Telephone: (212) 335-4616<br>Facsimile: (212) 884-8516<br>Attn: Timothy W. Walsh, Esq. |
| | **Klestadt & Winters, LLP** |
| | Represented by; |
| | Klestadt & Winters, LLP<br>292 Madison Avenue, 17th Floor<br>New York, New York 10017<br>Telephone: (212) 972-3000<br>Facsimile: (212) 972-2245<br>Attn: Tracy L. Klestadt, Esq. |
| | **BDO Seidman, LLP** |
| | Represented by: |
| | BDO Seidman, LLP<br>330 Madison Avenue<br>New York, New York 10017<br>Telephone: (212) 885-8000<br>Facsimile: (212) 697-1299 |

        Attn: William K. Lenhart

**Alston & Bird, LLP**

Represented by:

Alston & Bird, LLP
90 Park Avenue
New York, New York 10016
Telephone: (212) 210-9400
Facsimile: (212) 210-9444
Attn: Martin G. Bunin, Esq.

**J.H. Cohn LLP**

Represented by:

J.H. Cohn
333 Thornall Street, 6th Floor
Edison, New Jersey 08837
Telephone: (732) 549-0700
Facsimile: (732) 549-7016
Attn: Clifford A. Zucker

**The Debtor**

Represented by:

DLA Piper US LLP
1251 Avenue of the Americas
New York, New York 10020-1104
Telephone: (212) 335-4616
Facsimile: (212) 884-8516
Attn: Timothy W. Walsh, Esq.

**ADDITIONAL NOTICE PARTIES:**     United States Trustee

Represented by:

Office of the United States Trustee
U.S. Department of Justice
33 Whitehall Street, Suite 2100
New York, New York 10004
Telephone: (212) 510-0508
Facsimile: (212) 668-2255
Attn: Alicia M. Leonhard, Esq.

                    **Official Committee of Unsecured Creditors**

                    Represented by:

                    Alston & Bird, LLP
                    90 Park Avenue
                    New York, New York 10016
                    Telephone: (212) 210-9400
                    Facsimile: (212) 210-9444
                    Attn: Martin G. Bunin, Esq.

Dated:   April 11, 2008                    Respectfully submitted,

                    */s/ Douglas E. Spelfogel*
                    Douglas E. Spelfogel (DS 7097)

                    Baker & Hostetler LLP
                    45 Rockefeller Plaza
                    New York, New York 10111
                    Douglas E. Spelfogel
                    Richard J. Bernard
                    Telephone: (212) 589-4200
                    Facsimile: (212) 589-4201