**DLA PIPER US LLP**
1251 Avenue of the Americas
New York, New York 10020-1104
Tel: (212) 335-4500
Fax: (212) 335-4501
Timothy Walsh (TW-7409)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In re:                                              :         Chapter 11
                                                    :
THE PARKWAY HOSPITAL, INC.,                         :         Case No. 05-14876 (PCB)
                                                    :
                        Debtor.                     :
-------------------------------------------------------X

### APPELLEE'S DESIGNATION OF ADDITIONAL
### ITEMS TO BE INCLUDED IN RECORD ON APPEAL

The Parkway Hospital (the "Appellee" or "Debtor") by and through its undersigned counsel, having been served with the Notice of Appeal filed by Forest Hills Hyperbaric, LLC d/b/a The Center for Wound Healing ("Forest Hills"), pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), hereby submits the following designation of additional items to be included in the record on appeal in respect of Order (I) Approving Fee Applications of (A) DLA Piper US LLP; (B) Kleastadt & Winters, LLP (C) BDO Seidman, LLP; (D) Alston & Bird, LLP; and (E) J.H. Cohen [sic] LLP and (II) Authorizing and Directing the Wilmington Trust Company to Pay y [sic] Allowed Unpaid Fees and Expenses (the "Order") (Docket No. 669) entered on April 1, 2008.

### APPELLEE'S DESIGNATION OF ADDITIONAL
### ITEMS TO BE INCLUDED IN RECORD ON APPEAL

| Court | Case or Index No. | Docket No. | Description |
|---|---|---|---|
| Bankruptcy | 05-14876 | 431 | Disclosure Statement /First Amended Disclosure Statement With Respect to the Plan of Reorganization of The Parkway |

| Court | Case or Index No. | Docket No. | Description |
|---|---|---|---|
| | | | Hospital, Inc. (Revised) filed by Timothy W. Walsh on behalf of The Parkway Hospital, Inc.(and any Exhibits thereto). |
| Bankruptcy | 05-14876 | 432 | Chapter 11 Plan /First Amended Plan of Reorganization of The Parkway Hospital, Inc. (Revised) (and any Exhibits thereto). |
| Bankruptcy | 05-14876 | 445 | Order signed 6/19/07 by Judge Prudence Carter Beatty Granting Motion (I) Approving Disclosure Statement, (II) Approving Voting and Solicitation Procedures, and (III) Establishing Certain Dates and Procedures for Confirmation Hearing set for 7/26/07 at 11:00a.m., Rm 701 (and any Exhibits thereto). |
| Bankruptcy | 05-14876 | 493 | Further Amended Order signed 7/5/07 by Judge Prudence Carter Beatty Granting Motion (I) Approving Disclosure Statement, (II) Approving Voting and Solicitation Procedures, and (III) Establishing Certain Dates and Procedures for Confirmation Hearing set for 7/26/07 at 11:00a.m., Rm 701. (and any Exhibits thereto). |
| Bankruptcy | 05-14876 | 511 | Objection to Motion Confirmation of Plan filed by Douglas E. Spelfogel on behalf of Forest Hills Hyperbaric, LLC d/b/a The Center for Wound Healing. |
| Bankruptcy | 05-14876 | 525 | Amended Plan /Notice of Filing of Plan Supplement (and any Exhibits thereto) |
| Bankruptcy | 05-14876 | 531 | Certification of Ballots Accepting or Rejecting the Debtor's Plan of Reorganization (and any Exhibits thereto). |
| Bankruptcy | 05-14876 | 532 | Amended Plan /Notice of Filing of Amended Plan Supplement (and any Exhibits thereto). |
| Bankruptcy | 05-14876 | 536 | Affidavit of Jeffrey Bayer in Support of Confirmation of The First Amended Plan of Reorganization of The Parkway Hospital, |

NEWY1\8236408.1

| Court | Case or Index No. | Docket No. | Description |
|---|---|---|---|
| | | | Inc. (and any Exhibits thereto). |
| Bankruptcy | 05-14876 | 538 | Memorandum of Law in Support of Confirmation of the Debtor's First Amended Plan of Reorganization Pursuant to Section 1129 of the Bankruptcy Code and Reply to Objections (and any Exhibits thereto). |
| Bankruptcy | 05-14876 | 539 | Amended Plan /Notice of Filing of Amended Plan Supplement (and any Exhibits thereto). |
| Bankruptcy | 05-14876 | 546 | Findings of Fact, Conclusions of Law and Order Confirming the First Amended Plan of Reorganization of the Parkway Hospital Inc. Dated April 17, 2007 and Granting Related Relief (and any Exhibits thereto) |
| Bankruptcy | 05-14876 | 599 | Objection to Motion of Forest Hills Hyperbaric, LLC for Entry of an Order (a) Striking Debtor's Limited Objection; (b) Granting Forest Hills Hyperbaric's Motion for Immediate Payment of Administrative Expense Claim and Other Relief; (c) Compelling Debtor to Comply With the Confirmation Order and Provide Certain Reports; or in the Alternative (d) Compelling the Debtor to Respond to Discovery; (e) Striking the Portion of Debtor's Objection That Relates to the Medicare Credit; and (f) Compelling the Debtor to Pay the Costs Incurred in Bringing the Motion (and any Exhibits thereto). |
| Bankruptcy | 05-14876 | 606 | Transcript of hearing held on July 31, 2007 at 2:39pm. Re: CONFIRMATION HEARING filed by Rand Transcript Service, Inc. |
| Bankruptcy | 05-14876 | 636 | Transcript of Hearing Held on 1/8/2008 filed by AAA Sound Reporters. |
| Bankruptcy | 05-14876 | 640 | Chapter 11 Plan /Notice of Effective Date Pursuant to The Debtor's Plan of |

| Court | Case or Index No. | Docket No. | Description |
|---|---|---|---|
| | | | Reorganization filed by Timothy W. Walsh on behalf of The Parkway Hospital, Inc. (and any Exhibits thereto). |
| Bankruptcy | 05-14876 | 642 | Application for Final Professional Compensation /Second and Final Application of Alston & Bird LLP for Final Allowance of Fees and Reimbursement of Expenses as Counsel for the Official Committee of Unsecured Creditors for (I) The Period August 1, 2006 through February 29, 2008 and (II) The Period March 16, 2006 through July 31, 2006 (and any Exhibits thereto) |
| Bankruptcy | 05-14876 | 643 | Application for Final Professional Compensation for Klestadt & Winters, LLP, Debtor's Attorney, period: 7/1/2005 to 2/29/2008, fee: $117,789.75, expenses $4,360.11 (and any Exhibits thereto) |
| Bankruptcy | 05-14876 | 647 | Application for Final Professional Compensation for BDO Seidman, LLP, Accountant, period: 8/1/2006 to 2/29/2008, fee: $1088091.00, expenses: $1137.10 (and any Exhibits thereto) |
| Bankruptcy | 05-14876 | 648 | Application for Final Professional Compensation for DLA Piper US LLP, Debtor's Attorney, period: 7/1/2005 to 2/29/2008, fee: $3,544,241.35, expenses: $120,110.35   (and any Exhibits thereto) |
| Bankruptcy | 05-14876 | 652 | Application for Final Professional Compensation for J.H. Cohn LLP, Accountant, period: 7/25/2005 to 2/29/2008, fee: $956,290.00, expenses: $9,418.99 (and any Exhibits thereto) |
| Bankruptcy | 05-14876 | 669 | Order signed on 3/28/2008 Granting Re: Final Professional Compensation and Reimbursement of Expenses (and any Exhibits thereto) |
| Bankruptcy | 05-14876 | 682 | Statement of Issues Appellant's Statement of |

| Court | Case or Index No. | Docket No. | Description |
|---|---|---|---|
| | | | Issues and Designation of Items to be Included in Record on Appeal filed by Douglas E. Spelfogel on behalf of Forest Hills Hyperbaric, LLC d/b/a The Center for Wound Healing. |

The Debtor respectfully reserves its right to supplement and amend the items designated herein.

Dated: May 1, 2008         **DLA PIPER US LLP**
New York, New York

By: /s/ Timothy W. Walsh

Timothy W. Walsh (TW-7409)
E. O'Brien Kelley (EK-2727)
1251 Avenue of the Americas
New York, New York 10020
Tel: (212) 335-4500

Attorneys for The Parkway Hospital, Inc.

5