USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/27/08

UNITED STATES DISTRICT COURT,
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

FOREST HILLS HYPERBARIC, LLC d/b/a :     08 Civ. 4434 (SHS)
The Center for Wound Healing,                  USBC 05-B-14876 (PCB)

                     :

               Appellant,

                     :

    -against-                                  ORDER

                     :

THE PARKWAY HOSPITAL, INC., *ET AL.*,

                     :

               Appellees.

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

       An appeal having been filed on May 12, 2008, from the Order of Honorable Prudence Carter Beatty, U.S. Bankruptcy Judge, dated April 1, 2008,

       IT IS HEREBY ORDERED that:

       1.     Appellant's brief is due on or before June 27, 2008;

       2.     Appellee's response is due on or before July 18, 2008; and

       3.     Any reply is due on or before August 1, 2008.

Dated: New York, New York
         May 27, 2008

                                                       SO ORDERED:

                                                       Sidney H. Stein, U.S.D.J.