USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/30/08

**BAKER & HOSTETLER LLP**
Douglas E. Spelfogel (DS 7097)
Richard J. Bernard (RB 6371)
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

Attorneys for Appellant
Forest Hills Hyperbaric, LLC
d/b/a The Center for Wound Healing

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FOREST HILLS HYPERBARIC, LLC, d/b/a THE CENTER FOR WOUND HEALING,<br><br>Appellant,<br><br>-against-<br><br>THE PARKWAY HOSPITAL, INC., et al.,<br><br>Appellees. | Case No. 08-cv-4434 (SHS) |

**STIPULATION AND ORDER AMENDING BRIEFING SCHEDULE**

WHEREAS, on April 11, 2008, appellant Forest Hills Hyperbaric, LLC d/b/a The Center for Wound Healing ("FHH") filed the Notice of Appeal of Order (I) Approving Fee Applications of (A) DLA Piper US LLP; (B) Klestadt & Winters, LLP (C) BDO Seidman, LLP; (D) Alston & Bird, LLP; and (E) J.H. Cohen [Sic] LLP and (II) Authorizing and Directing the Wilmington Trust Company to Pay y [Sic] Allowed Unpaid Fees and Expenses (the "Notice of Appeal"), appealing the Order (I) Approving Fee Applications of (A) DLA Piper US LLP; (B) Klestadt & Winters, LLP (C) BDO Seidman, LLP; (D) Alston & Bird, LLP; and J.H. Cohen [sic] LLP and (II) Authorizing and Directing the Wilmington Trust Company to Pay y [sic] Allowed Unpaid

- 1 -

Fees and Expenses (the "Order), which granted the fee applications ("Fee Applications") of the above referenced professionals;

WHEREAS, on April 21, 2008, FHH filed the Appellant's Statement of Issues and Designation of Items to be Included in Record on Appeal.

WHEREAS, on May 1, 2008, The Parkway Hospital, Inc. ("Parkway") filed its Appellee's Designation of Additional Items to be Included in Record on Appeal.

WHEREAS, on May 12, 2008, the appeal was entered on the docket of this Court.

WHEREAS, the deadline for FHH to file its brief is presently June 27, 2008, the deadline for Parkway and the other Appellees to file its brief is presently July 18, 2008, and the deadline for FHH to file the reply brief is presently August 1, 2008.

WHEREAS, the parties are meeting on July 1, 2008 to discuss whether or not the matter can be settled, and accordingly have agreed to extend the briefing schedule subject to approval by the Court.

FHH and Parkway and the other Appellees hereby AGREE, STIPULATE AND CONSENT TO AS FOLLOWS:

1. The deadline for FHH to file and serve its brief is extended through and including Thursday, July 31, 2008.

2. The deadline for Parkway and the other Appellees to file and serve its brief is extended through and including Friday, August 29, 2008.

3. The deadline for FHH to file and serve its reply brief is extended through and including Friday, September 19, 2008.

4. This Stipulation may be executed in counterparts and by facsimile with the original signatures to be provided as soon as practicable thereafter.

5. All parties reserve all rights with respect to this appeal.

Dated: June 26, 2008

DLA PIPER US LLP

*/s/ Timothy W. Walsh*

Timothy W. Walsh (TW 7409)
1251 Avenue of the Americas
New York, New York 10020
Tel: (212) 335-4500
Fax: (212) 335-4501
Attorneys for Appellee
The Parkway Hospital, Inc.

Dated: June 26, 2008

BAKER & HOSTETLER LLP

*/s/ Douglas E. Spelfogel*

Douglas E. Spelfogel (DS 7097)
Richard J. Bernard (RB 6371)
45 Rockefeller Center
New York, New York 10111
Tel: (212) 589-4200
Fax: (212) 589-4201
Attorneys for Appellant
Forest Hills Hyperbaric, LLC
d/b/a The Center for Wound Healing

SO ORDERED:

Dated: New York, New York
June 30, 2008

*/s/ Sidney H. Stein*

SIDNEY H. STEIN
UNITED STATES DISTRICT JUDGE

-3-

NEWY1\8254951.2